UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES L. COLVIN                                    CIVIL ACTION

VERSUS                                             NUMBER: 19-10962

JAMES LEBLANC, ET AL                               SECTION: "I"(5)

**O R D E R**

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, James L. Colvin, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants, Secretary LeBlanc and Warden Tanner, are dismissed with prejudice pursuant to Rule 41(a)(2), Fed. R. Civ. P.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants, Brandi LeFeaux and Carolyn Wade, are dismissed with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B)/1915A(b) and Rule 12(b)(6), Fed. R. Civ. P.

New Orleans, Louisiana, this 9th day of October, 2019.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE