UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES L. COLVIN** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 19-10962** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "I" (5)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion for Summary Judgment (Rec. doc. 68) is **DISMISSED AS MOOT IN PART** as against Defendant Carolyn Wade and **DENIED** as to Defendant Brandi LeFeaux.

**IT IS FURTHER ORDERED** that that LeFeaux's Motion to Dismiss (Rec. doc. 10) be **GRANTED** and that the claim against LeFeaux be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 24th day of March, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE