**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JAMES COLVIN** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-10962** |
| **JAMES LEBLANC ET AL.** | **SECTION I** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the U.S. Magistrate Judge's Report and Recommendation,[1] and plaintiff's objections[2] to the U.S. Magistrate Judge's Report and Recommendation, hereby approves the U.S. Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the motion for summary judgment[3] is **DISMISSED AS MOOT IN PART** as against defendant Carolyn Wade and **DENIED** as to defendant Brandi LeFeaux.

**IT IS FURTHER ORDERED** that LeFeaux's motion to dismiss[4] is **GRANTED** and the claim against LeFeaux is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, May 17, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 87.
[2] R. Doc. No. 89.
[3] R. Doc. No. 68.
[4] R. Doc. No. 10.